# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

**MILTON H. POPICK**

                         **Plaintiff**

vs.                                           **CASE NUMBER: 1:09-CV-386 (GTS/VEB)**

**COMMISSIONER OF SOCIAL SECURITY**

                         **Defendant**

_____

**Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendation of Magistrate Judge Victor E. Bianchini is ACCEPTED and ADOPTED in its entirety. The Commissioner's motion for judgment on the pleadings is DENIED, the Plaintiff's motion for judgment on the pleadings is GRANTED and this action is REMANDED to the Commissioner of Social Security for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

All of the above pursuant to the Memorandum-Decision and Order of the Honorable United States District Judge Glenn T. Suddaby, dated the 28th day of March, 2012.

DATED :March 28, 2012

*Lawrence K. Baerman* (signature)
Clerk of Court

                          s/ Melissa Ennis
                          Melissa Ennis
                          Deputy Clerk